**In the Interest of S.B., A.C.,
and D.M., Plaintiffs.**

**Juvenile Officer, Respondent,**

v.

**K.M. (Natural Mother), Appellant;**

**D.M. (Natural Father), Appellant.**

**Nos. WD 62013, WD 62014, WD 62015.**

Missouri Court of Appeals,
Western District.

June 10, 2003.

Nathan Michael Nickolaus, Jefferson City, MO, Attorney and Guardian for Plaintiffs.

Grant Whitlow Smith, Jefferson City, MO, for Appellants.

Jeanne Marr Gordon, Jefferson City, MO, for Respondent Juvenile Officer.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and EDWIN H. SMITH, JJ.

*Order*

PER CURIAM.

Appellants K.M. and D.M. appeal judgments entered in the Cole County Circuit Court terminating their parental rights to their children S.B., A.C., and D.M., Jr., on the basis that the judgments were not supported by clear, cogent and convincing evidence. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).